# LUMLEY & HOWELL, LLP
ATTORNEYS AT LAW
350 SECOND STREET
MACON, GEORGIA 31201

| | | |
|---|---|---|
| JERRY A. LUMLEY<br>W. KERRY HOWELL | TELEPHONE (478) 745-0111<br>FACSIMILE (478) 745-0020 | TOLL FREE (866) 321-0111<br>TOLL FREE (866) 321-0020 |

June 14, 2006

Honorable Clay D. Land
Judge, United States District Court
Middle District of Georgia
United States Courthouse
120 12th Street
Columbus, Georgia

      Re:    <u>Susan Combs, Plaintiff v. GE Commercial Finance, a unit of General Electric Company</u>, U. S. District Court, Middle District of Georgia
Civil Action No. 5:05-cv-00476-CDL

Dear Judge Land:

      I am pleased to advise the Court that the parties have agreed to settle all claims made in this case. Under the terms of the settlement agreement, the settlement documents are to be delivered to my office not later than June 20, 2006. Assuming that the settlement documents are in order and are timely delivered, I anticipate the filing of a Stipulation of Dismissal shortly after that date.

      Mrs. Combs and I thank the Court for the guidance provided to the parties in this case.

      Sincerely,

      *s/Jerry A. Lumley*
      Jerry A. Lumley

JAL
cc:  Weyman T. Johnson, Jr.
     Daniel P. Hart
8522-001