**LUMLEY & HOWELL, LLP**
ATTORNEYS AT LAW
350 SECOND STREET
MACON, GEORGIA 31201

JERRY A. LUMLEY  TELEPHONE (478) 745-0111
W. KERRY HOWELL  FACSIMILE (478) 745-0020

July 11, 2006

Honorable Clay D. Land
Judge, United States District Court
Middle District of Georgia
United States Courthouse
120 12th Street
Columbus, Georgia

      Re:   <u>Susan Combs, Plaintiff v. GE Commercial Finance, a unit of General Electric Company</u>, U. S. District Court, Middle District of Georgia
Civil Action No. 5:05-cv-00476-CDL

Dear Judge Land:

    We have finally received the settlement checks that the Defendant agreed to pay by June 20, 2006. I regret that I had to contact the Court about the Defendant's untimely payments. However, because of the repeated assurances by the Defendant's attorneys that the settlement funds were forthcoming and the Defendant's repeated failures to honor the commitments made by its attorneys, I felt that I had no choice in the matter.

    A Stipulation of Dismissal will be filed after our banks clear the Defendant's settlement checks.

    Thank you for your assistance.

                                          Sincerely,

                                          *s/Jerry A. Lumley*
                                          Jerry A. Lumley

JAL
cc: Weyman T. Johnson, Jr.
     Daniel P. Hart